UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: June 9, 2017                                        Time in Court: 15 minutes

JUDGE: JEFFREY S. WHITE                         Court Reporter: Kathy Wyatt

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-16-2801  JSW

TITLE:  Paul M. Davis, et al., v. RiverSource Life Insurance Company, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Andrew Friedman | Thomas Butler |
|  | Linda Oliver |

PROCEEDINGS:   Initial Case Management Conference

RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-23-17.

Mr. Friedman shall filed a Notice of Appearance as Lead Counsel by close of business 6-9-17.

ADR:   Stipulation re: ADR due 6-9-17

Hearing on Motion for Class Certification:  3-5-18 at 9:00 am

Close of fact discovery:   3-26-18
The Court adopted the deadlines set forth on page 9, lines 11 -22, except where modified herein, of the parties' Joint Case Management Statement (doc. 57)

Hearing on dispositive motions (if any): 9-10-18 at 9:00 am
  If the parties will be filing cross motions dispositive motions, they shall meet and confer and agree to a 4-brief schedule whereby the final brief is filed 2 weeks before the hearing as follows:
    Opening summary judgment motion is filed
    Opposition and cross-motion are filed
    Reply and opposition to the cross-motion are filed
    Reply is filed (at least 2 weeks prior to hearing date)

The Court will set a further Case Management Conference in the dispositive motion order.